**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

| | |
|---|---|
| Appellate case name: | Anupum Bhatia and Ranjana Bhatia v. Bharatlal Madhyani |
| Appellate case number: | 01-21-00448-CV |
| Trial court case number: | 2012-01777 |
| Trial court: | 164th District Court of Harris County |

The record in this appeal was due to be filed on September 14, 2021. *See* TEX. R. APP. P. 35.1(a). The clerk's record was filed on September 15, 2021, but no reporter's record was filed. On September 16, 2021, the Clerk of this Court notified the court reporter that the reporter's record was past due, requesting that the record be filed by October 4, 2021. In response to the Court's notice, also on September 16, 2021, the court reporter notified the Court that there was a reporter's record, but it had not been filed because appellants, Anupum Bhatia and Ranjana Bhatia, had not paid or made arrangements to pay for the preparation of the reporter's record.

Also on September 16, 2021, the Clerk of this Court notified appellants that the court reporter responsible for preparing the reporter's record had not filed a reporter's record because appellants had not paid or made arrangements to pay the fee for the preparation of the reporter's record. *See* TEX. R. APP. P. 37.3(c). The Clerk further notified appellants that unless they submitted written evidence that they had paid or made arrangements to pay the fee for the preparation of the reporter's record by October 18, 2021, the Court may require appellants to file their brief and consider the appeal without a reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellants have not responded to the Clerk's September 16, 2021 notice.

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3. **Appellants' brief is due to be filed no later than thirty days from the date of this order.** *See* TEX. R. APP. P. 38.6(a), (d).

It is so ORDERED.

Judge's signature: _____/s/ April Farris_____

                             ☑ Acting individually    ☐ Acting for the Court

Date: ___January 11, 2022_____